affirmed, with costs. Order filed. See, also, 144 App. Div. 587, 129 N. Y. Supp. 521.

WESSEL, Respondent, v. SCHWARZLER, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by May Wessel against Albert J. Schwarzler. M. D. Steuer, of New York City, for appellant. J. H. Cohen, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 App. Div. 589, 129 N. Y. Supp. 522.

WEST v. JARMULOWSKY. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Florence A. West against Harry Jarmulowsky. No opinion. Application denied, with $10 costs. Order signed. See, also, 144 N. Y. Supp. 755.

In re WEST 231ST. STREET. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of West 231st Street. No opinion. Motion granted; question certified; order filed.

WHISLER et al., Respondents, v. COLE, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Benjamin 'A. Whisler and another against Henry G. Cole. No opinion. Judgment unanimously affirmed, with costs, on opinion of Van Kirk, J., 81 Misc. Rep. 519, 143 N. Y. Supp. 478, at Special Term.

WHITCOMB, Appellant, v. HILL, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by James A. Whitcomb against Walker Hill and R. Russell Brant. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1118.

WHITCOMB, Appellant, v. HILL, Respondent, et al. ·(Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by James A. Whitcomb against Walker Hill and R. Russell Brant. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1118.

WHITE v. JACOBS. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Katie White against Alexander Jacobs. No opinion. Motion granted, with $10 costs. Order filed.

WHITE STUDIO v. DREYFOOS. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the White Studio against Alexander W. Dreyfoos. No opinion. Motion granted. Order filed. See, also, 144 N. Y. Supp. 1150.

WHITING, Respondent, v. WHITING, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Fanny L. Whiting against Gordon Whiting. No opinion. Interlocutory judgment unanimously affirmed, with costs.

WIESNEWSKY, Respondent, v. E. E. SMITH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Joseph Wiesnewsky against the E. E. Smith Contracting Company. No opinion. Order reversed, and new trial granted, costs to abide the event, because of the error in the refusal of the learned trial court to charge as requested at folios 383 and 384.

In re WILLETT. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) In the matter of William Willett, an attorney. No opinion. Motion granted.

WILLIAMS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Charles Williams against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1150.

WILLIAMSON, Respondent, v. JEROME et al., Appellants. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William A. Williamson against Thomas J. Jerome and others. J. C. Coleman, of New York City, for appellants. C. L. Craig, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WILLIAMSON, Appellant, v. WACHOVIA BANK & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William A. Williamson against the Wachovia Bank & Trust Company. C. L. Craig, of New York City, for appellant. J. C. Coleman, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re WILSON. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) In the matter of Robert H. Wilson, an attorney.

PER CURIAM. Ordered that the charges annexed to the moving papers be filed, and that a copy thereof be personally delivered to said Robert H. Wilson, as provided by Judiciary Law (Consol. Laws, c. 30) § 476, and that he have 20 days thereafter in which to file his answers to the same, or otherwise to present his defense thereto. The further disposition of the motion is reserved until after the filing of such answers or defense. The counsel heretofore designated to present charges, to wit, William N. Dykman, Esq., and Stephen C. Baldwin, Esq., are now severally discharged and relieved from